IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA SAULS, individually and as beneficiary of the ESTATE OF DAVEY MICHAEL SAULS,<br><br>Plaintiff,<br><br>v.<br><br>RANKIN SNEED, as Administrator of the ESTATE OF DAVEY SAULS; ESTATE OF DAVEY SAULS; LORI MARROW, individually, and as the trustee of the Living Trust of DAVEY MICHAEL SAULS dated July 6, 2016; DAVID MARROW, individually; LOCKTEC, INC., an Alabama corporation, and VOYA INSTITUTIONAL PLAN SERVICES, LLC,<br><br>Defendants. | CASE NO.: _____ |

## NOTICE OF REMOVAL

Defendant Voya Institutional Plan Services, LLC ("VIPS") files this Notice to remove the foregoing cause to the United States District Court for the Northern District of Alabama, Northern Division, and respectfully shows unto this Honorable Court:

1.    Plaintiff filed this suit against the defendants seeking recovery of retirement benefits under decedent Davey Sauls's Retirement Plan sponsored by Lockheed Martin Corporation ("the Plan"). The Plan is a qualified retirement plan

1

under the Employees Retirement Income Security Act of 1974 (ERISA). The Plan had an accumulated value of over $600,000 at the time of withdrawal of the funds in dispute. (Ex. 1, Complaint, ¶9; Ex. 2, Amended Complaint.) The Complaint seeks recovery of those retirement funds and damages. (*Id.*)

2. VIPS is a "record keeper" under the ERISA Plan. The claim against VIPS, then, relates to an employee retirement plan under ERISA. Plaintiff's claims against VIPS alleging negligence are, thus, preempted by ERISA. (Ex. 3, Affidavit of Lee Reddish.)

3. This Court has original jurisdiction of this action under federal question jurisdiction pursuant to 29 U.S.C. §1331. Accordingly, this case is removed pursuant to 28 U.S.C. §1441.

4. In the event ERISA is held not to govern this case, which it clearly does, then this Court would have diversity jurisdiction under 28 U.S.C. §1332, as the parties are of diverse citizenship.

    a. Plaintiff Barbara Sauls is an individual over the age of 19 and is a citizen of the State of Florida.

    b. Defendant Rankin Sneed is the Administrator of the Estate of Davey Sauls and is an individual over the age of 19 and is a citizen of the State of Alabama.

    c.    Defendant Lori Marrow is an individual over the age of 19 and is a citizen of the State of Virginia.

    d.    Defendant David Marrow is an individual over the age of 19 and is a citizen of the State of Virginia.

    e.    Defendant Locktec, Inc. is a corporation incorporated in the State of Alabama with its principal place of business in the State of Alabama and it is a citizen of the State of Alabama.

    f.    Defendant Voya Institutional Plan Services, LLC is a Limited Liability Corporation.  Its sole member is Voya Holdings, Inc. which is a Connecticut corporation. (Ex. 4, Affidavit of Melissa O'Donnell.)

5.    As the retirement benefits sought by plaintiff in this action are approximately $600,000, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.    Therefore, this is an action by a citizen of Florida against citizens of states other than Florida and complete diversity exists.  Therefore, this action is alternatively removable under 28 U.S.C. §1441 for diversity of citizenship.

7.    Attached as Exhibit 5 is a copy of all process, pleadings or orders served upon defendants in this action.

WHEREFORE, Defendant VIPS hereby removes this action from the Circuit Court of Madison County, Alabama, to this Honorable Court, this the 7th day of August 2018.

/s/ J. Mark Hart
J. MARK HART (ASB-5059-A61J)
**Attorney for Defendant**
**Voya Institutional Plan Services, LLC**

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
(205) 324-4400
mhart@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to each attorney of record, and/or depositing the same in the United States mail, properly addressed, and first-class postage prepaid as follows:

Chris Messervy
MESSERVY LAW FIRM
107 Jefferson Street North
Huntsville, AL 35801
*Counsel for Plaintiff, Barbara Sauls*

Rankin Sneed, as Administrator of
 The Estate of Davy Sauls
503 Voekel Road
Huntsville, AL 35811

Estate of Davey Michael Sauls
c/o Rankin Sneed
503 Voekel Road
Huntsville, AL 35811

Lori Marrow, as Trustee of the Living Trust of
 Davey Michael Sauls dated July 6, 2016
742 Thimble Shoals Blvd., Suite A
Newport News, VA 23606

David Marrow
73 Park Hill Circle
Newport News, VA 23602

Locktec, Inc.
c/o Mark Wiegmann
7914 Memorial Parkway, Suite 19E
Huntsville, AL 35802

/s/ J. Mark Hart
OF COUNSEL