# EXHIBIT 2


CT Corporation

**Service of Process Transmittal**
07/12/2018
CT Log Number 533681662

| | |
|---|---|
| **TO:** | Mary Wetherington<br>VOYA FINANCIAL, INC.<br>5780 Powers Ferry Rd NW<br>Atlanta, GA 30327-4347 |
| **RE:** | **Process Served in Alabama** |
| **FOR:** | VOYA INSTITUTIONAL PLAN SERVICES, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BARBARA SAULS, individually and as the beneficiary of the Estate of Davey Michael Sauls, Pltf. vs. RANKIN SNEED, etc., et al., Dfts. // To: VOYA INSTITUTIONAL PLAN SERVICES, LLC |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Complaint |
| **COURT/AGENCY:** | Madison County Circuit Court, AL<br>Case # 47CV201890122900 |
| **NATURE OF ACTION:** | Defendant Voya negligently failed verify whether the deceased, Davey Sauls, made the transaction of distributing funds or whether another individual was fraudulently self-dealing in breach of a fiduciary duty |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/12/2018 postmarked on 07/10/2018 |
| **JURISDICTION SERVED :** | Alabama |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Chris Messervy<br>MESSERVY LAW FIRM<br>107 Jefferson Street North<br>Huntsville, AL 35801<br>256-551-7222 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/13/2018, Expected Purge Date: 07/18/2018<br><br>Image SOP<br><br>Email Notification,  Mary Wetherington  mary.wetherington@voya.com<br><br>Email Notification,  John Longwell  John.Longwell@voya.com<br><br>Email Notification,  Dawn Alexander  Dawn.Alexander@voya.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | C T Corporation System<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104<br>212-590-9070 |

Page 1 of  1 / IP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





U.S. POSTAGE PITNEY BOWES
ZIP 35801 $ 006.08
02 4W
0000349060 JUL 10 2018

7017 0530 0000 5961 3508

CERTIFIED MAIL

DEBRA KIZER, CIRCUIT CLERK
CIRCUIT COURT DIVISION
100 NORTH SIDE SQUARE
HUNTSVILLE, ALABAMA 35801-4820

3610433821 C006



# AlaFile E-Notice

47-CV-2018-901229.00

To: VOYA INSTITUTIONAL PLAN SERVICES, LLC
CT CORPORATION
2N. JACKSON ST. 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

BARBARA SAULS & AS BENEFICIARY V. RANKIN SNEED AS THE ADMIN ET AL
47-CV-2018-901229.00

The following complaint was FILED on 7/9/2018 11:48:22 PM

Notice Date:   7/9/2018 11:48:22 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>47-CV-2018-901229.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
BARBARA SAULS & AS BENEFICIARY V. RANKIN SNEED AS THE ADMIN ET AL

**NOTICE TO:** VOYA INSTITUTIONAL PLAN SERVICES, LLC, CT CORPORATION 2N. JACKSON ST. 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRIS MESSERVY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 107 JEFFERSON STREET, NORTH, HUNTSVILLE, AL 35801

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SAULS BARBARA & AS THE BENEFICIARY OF THE ESTATE pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

7/9/2018 11:48:22 PM         /s/ DEBRA KIZER         By: mm
*(Date)*                      *(Signature of Clerk)*        *(Name)*

☑ Certified Mail is hereby requested.   /s/ CHRIS MESSERVY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____

*(Name of Person Served)*        *(Name of County)*
*(Date)*

_____                            *(Address of Server)*
*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name)*        *(Phone Number of Server)*

ELECTRONICALLY FILED
7/9/2018 11:47 PM
47-CV-2018-901229.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

BARBARA SAULS, individually and as the beneficiary of the Estate of Davey Michael Sauls;

*Plaintiff,*

v.                                                        CIVIL ACTION NO.: CV18_____

RANKIN SNEED as the administrator of the ESTATE OF DAVY SAULS; ESTATE OF DAVEY SAULS; LORI MARROW, individually, and as the trustee of the living trust of Davey Michael Sauls dated July 6, 2016; DAVID MARROW, individually; LOCKTEC, INC., an Alabama corporation; VOYA INSTITUTIONAL PLAN SERVICES, LLC; Defendants A-Z, being the correct legal name of the individuals, corporations, other entities who perpetuated crimes and civil wrongs including fraud against the Plaintiff or the Estate of Davey Michael Sauls or any other individual or entity responsible for any of the wrongs complained on herein. There may be other entities whose true names and identities are unknown to Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCPP 9(h). The word entity as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations and unincorporated associations,

*Defendants.*

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, BARBARA SAULS, and amends her original complaint filed on or about June 25, 2018, and amends her complaint as follows:

50.   Plaintiff incorporates paragraphs 1-49 in her original complaint as set out herein and further complains the against Defendant VOYA INSTITUTIONAL PLAN SERVICES, LLC ("Voya"), a corporation doing business in the State of Alabama, and Ficititous Defendants A-Z.

51.   Plaintiff alleges Defendant Voya was negligent in its distribution of the deceased, Davey Saul's, retirement plan to Lori Marrow upon her fraudulent misrepresentations to Voya that she was the deceased through their online system. Defendant Voya negligently failed to verify whether the deceased, Davey Sauls, made the transaction of distributing funds or whether another individual was fraudulently self-dealing in breach of a fiduciary duty. Plaintiff alleges Voya negligently constructed and administered its plan and failed to follow procedures that would protect the Defendant from fraud and civil and/or criminal theft.

WHEREFORE, Plaintiff demands compensatory damages as determined by a struck jury, court costs and any other relief permitted Plaintiff against Defendant Voya in the premises.

52. Plaintiff further alleges against Defendant Lori Marrow that she breached her fiduciary duty in self-dealing and fraudulently misrepresenting to Voya and Lockheed Martin she was the deceased in accessing his account and changing the beneficiary on his account days before his death. Defendant Lori Marrow failed to follow procedures required by Defendant Voya and Lockheed Martin to monitor fraud and self-dealing in an attempt to unlawfully obtain the deceased, Davey Sauls', retirement benefits for her own personal gain. Defendant Lori Marrow's fraudulent misrepresentation to Voya caused Voya to issue a check to Davey Sauls days before his death which was received by Defendant Lori Marrow after his death and deposited into the trust she set up even though the check was made out to Davey Sauls, an assumed living individual.

WHEREFORE, Plaintiff demands compensatory and punitive damages as determined by a struck jury, court costs and any other relief permitted Plaintiff in the premises.

/s/ Chris Messervy
CHRIS MESSERVY (MES006)

MESSERVY LAW FIRM
107 Jefferson Street North
Huntsville, AL 35801
(256) 551-7222
(256) 551-7022
chrismesservy@gmail.com