FILED
2018 Aug-07  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA SAULS, individually and as beneficiary of the ESTATE OF DAVEY MICHAEL SAULS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO.: _____ |
| RANKIN SNEED, as Administrator of the ESTATE OF DAVEY SAULS; ESTATE OF DAVEY SAULS; LORI MARROW, individually, and as the trustee of the Living Trust of DAVEY MICHAEL SAULS dated July 6, 2016; DAVID MARROW, individually; LOCKTEC, INC., an Alabama corporation, and VOYA INSTITUTIONAL PLAN SERVICES, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT

My name is Lee Reddish. I am over the age of nineteen and competent to make this Affidavit. I am employed by Voya Institutional Plan Services, LLC ("VIPS") as Sr. Plan Manager. By virtue of my employment, I have personal knowledge of the information herein.

Lockheed Martin Corporation ("Lockheed") established an employee welfare benefits plan for its employees. The plan is a qualified employee benefit plan under the Employees Retirement Income Security Act of 1974 ("ERISA").

1

One of the benefits Lockheed provides its employees is a qualified retirement account. This plan is called the Lockheed Martin Salaried Savings Plan (the "Plan"). Lockheed is the Plan fiduciary and Plan sponsor.

Lockheed delegated certain administrative duties to VIPS under the Plan. Specifically, VIPS is the "recordkeeper" of the Plan.  VIPS is a non-fiduciary administrator of the terms of the ERISA plan under authority delegated by Lockheed.

As the Plan's record-keeper, at all relevant times, VIPS  processed requests for distribution of benefits for the Plan, including maintaining a website for on-line access.  To perform its services as record-keeper, VIPS carries out administrative practices that have been approved by the Plan fiduciary.  VIPS's record keeping duties do not include discretionary authority over distribution of employee accounts; but rather, distributions are made in accordance with procedures approved by Lockheed.

Further the Affiant sayeth not.

VOYA INSTITUTIONAL PLAN SERVICES, LLC

By _Lee Reddish_____
       LEE REDDISH
Its _____

2

STATE OF _MA_ )

_Norfolk_ COUNTY )

I, the undersigned, a Notary Public in and for the County and State aforesaid, hereby certify that Lee Reddish, whose name is signed to the foregoing, and who is known to me, acknowledged before me on this day that he executed the same voluntarily and of his own free will, and swore that the matters contained in the foregoing interrogatory answers are true to the best of his knowledge.

Sworn to and subscribed before me this _7th_ day of August, 2018.



Notary Public

My Commission Expires: _11-4-2022_

MICHELE CHRISTINE CROPLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 4, 2022

3