FILED
2018 Aug-07 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA SAULS, individually and as beneficiary of the ESTATE OF DAVEY MICHAEL SAULS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO.: _____ |
| RANKIN SNEED, as Administrator of the ESTATE OF DAVEY SAULS; ESTATE OF DAVEY SAULS; LORI MARROW, individually, and as the trustee of the Living Trust of DAVEY MICHAEL SAULS dated July 6, 2016; DAVID MARROW, individually; LOCKTEC, INC., an Alabama corporation, and VOYA INSTITUTIONAL PLAN SERVICES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT

My name is Melissa O'Donnell. I am over the age of nineteen and competent to make this Affidavit. I am a duly elected officer of Voya Institutional Plan Services, LLC ("VIPS") as an Assistant Secretary. By virtue of my election as an officer, I have personal knowledge of the information herein.

VIPS is a limited liability corporation whose sole member is Voya Holdings, Inc., which is incorporated in the State of Connecticut with its principal place of business in that state.

Further the Affiant sayeth not.

VOYA INSTITUTIONAL PLAN  
SERVICES, LLC

By _[signature]_

Its _Assistant Secretary_

STATE OF MINNESOTA )

HENNEPIN COUNTY )

I, the undersigned, a Notary Public in and for the County and State aforesaid, hereby certify that Lee Reddish, whose name is signed to the foregoing, and who is known to me, acknowledged before me on this day that he executed the same voluntarily and of his own free will, and swore that the matters contained in the foregoing interrogatory answers are true to the best of his knowledge.

Sworn to and subscribed before me this 2nd day of August, 2018.

_[Notary seal: TINA M SCHULTZ, Notary Public, Minnesota, My Commission Expires January 31, 2022]_

Notary Public _[signature]_

My Commission Expires: 1/31/2022